# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROCCO CRESCENZO, | : No. 81 MAL 2024 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 57 MDA 2023 |
| | : entered on November 16, 2023, |
| GENERATIONS OF HOPE, LLC., | : **affirming** the Order of the York |
| | : County Court of Common Pleas at |
| Petitioner | : No. 2022-SU-002074 entered on |
| | : December 12, 2022 |

## ORDER

**PER CURIAM**                                                **DECIDED: July 9, 2024**

**AND NOW**, this 9th day of July, 2024, we **GRANT** the petition for allowance of appeal, **VACATE** the Superior Court's decision affirming the trial court's grant of the petition for declaratory judgment, and **REMAND** to the Superior Court with instructions to remand to the trial court to allow Crescenzo to re-commence his declaratory judgment action via complaint. *See* Pa.R.C.P. 1601(a) ("A plaintiff seeking only declaratory relief shall commence an action by filing a complaint [and t]he practice and procedure shall follow, as nearly as may be, the rules governing the civil action."); *see also* Pa.R.C.P. 1028(d) ("If the preliminary objections are overruled, the objecting party shall have the right to plead over within twenty days after notice of the order or within such other time as the court shall fix.").